IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL SHANE WHITE, # 157804**                     **PLAINTIFF**

**v.**                                         **CAUSE NO. 1:18CV14-LG-RHW**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS**                                      **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

     **IT IS HEREBY ORDERED AND ADJUDGED** that this cause be

**DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders.

     **SO ORDERED AND ADJUDGED** this the 27th day of June, 2018.

                                          s/ *Louis Guirola, Jr.*
                                          LOUIS GUIROLA, JR.
                                          UNITED STATES DISTRICT JUDGE